OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



UNITED STATES POSTAGE
PITNEY BOWES
$ 00.48°
02 1R
0002003152
MAILED FROM ZIP CODE 78701



RTS
UTF

disancrge

RE: WR-81,751-01

JUAN DAMAS RODRIGUEZ
# 170441



COURT OF CRIMINAL APPEALS
OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711